IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-1851-AP**

**In re**
**TOMMY L. STOVER**

**In re**
**JEAN M. RENEAU**

**In re**
**STAR ACQUISITION VIII, LLC,**

**In re**
**STAR ACQUISITION VII, LLC**

**STAR ACQUISITION VIII, LLC**

                    Appellant,

v.

**MADISON CAPITAL COMPANY, LLC,**

                    Appellee.

---

## ORDER OF DISMISSAL

---

Kane, J.

         Appellant's Unopposed Motion to Dismiss Bankruptcy Appeal (doc. #7), filed August

17, 2009, is **GRANTED**.  This case is **DISMISSED**.

         Dated:  August 17, 2009

                              BY THE COURT:

                              _**S/John L. Kane**_
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT